Appeal No.    2023AP1865-CR

STATE OF WISCONSIN

Cir. Ct. No.  2022CF173

IN COURT OF APPEALS
DISTRICT III

STATE OF WISCONSIN,

PLAINTIFF-APPELLANT,

v.

JEFFREY ANTHONY CHARLES,

DEFENDANT-RESPONDENT.

FILED

February 7,
2025

Samuel A. Christensen
Clerk of Court of Appeals

## ERRATA SHEET

Samuel A. Christensen
Clerk of Court of Appeals
Electronic Notice

Court of Appeals District I
Electronic Notice

Court of Appeals District III
Electronic Notice

Christina Plum, Sarah Motiff
Electronic Notice

Court of Appeals District II
Electronic Notice

Court of Appeals District IV
Electronic Notice

Hon. Kelly J. Thimm
Circuit Court Judge
Electronic Notice

Michele Wick
Clerk of Circuit Court
Douglas County Courthouse
Electronic Notice

Sarah Burgundy
Electronic Notice

Mark A. Fruehauf
Electronic Notice

John J. Leunig
Electronic Notice

PLEASE TAKE NOTICE that corrections were made throughout the

decision that was released on January 2, 2025, to reflect a new pseudonym for one

of the other-acts victims. A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.